**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

RED LV, LLC, *et al.*,

        Plaintiffs,

vs.

WELLS FARGO HOME MORTGAGE, *et al.*,

        Defendants.

No. 2:13–cv–930–RCJ–VCF

**ORDER AND<br>REPORT & RECOMMENDATION**

      This matter involves Red LV, LLC's wrongful foreclosure action against Wells Fargo and the Federal Home Loan Mortgage Corporation. Before the court is Plaintiff's counsel's motion to withdraw (#20[1]). For the reasons stated below, the motion is granted and the court recommends dismissing Red LV, LLC.

      On April 18, 2014, the court held a hearing on Plaintiff's motion to withdraw. (Mins. Proceeding #22). During the hearing, Plaintiff's counsel stated that he has lost contact with his clients and is currently unable to communicate with them. (*Id.*) Additionally, the court took judicial notice[2] of the subject parcel's chain of title and asked counsel what, if any, interest Red LV, LLC has in the parcel. (*Id.*) Counsel for both parties agreed that Red LV, LLC has no interest in the parcel, no standing to

/// /// ///

/// /// ///

/// /// ///

---

[1] Parenthetical citations refer to the court's docket.
[2] The court may take judicial notice of "matters of public record." *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001) (citation omitted).

1

litigate the claims asserted in the complaint and, therefore, that Red LV, LLC should be dismissed[3] from this action. (*Id*.)

ACCORDINGLY, and for good cause shown,

IT IS ORDERED that Attorney Michael J. Harker's motion to withdraw (#20) is GRANTED.

IT IS FURTHER ORDERED that a STATUS HEARING is set for 11:00 a.m., June 2, 2014.

IT IS FURTHER ORDERED that Plaintiff Adela Munoz must APPEAR IN PERSON for the status hearing.

IT IS FURTHER ORDERED that all deadlines set by the discovery plan and scheduling order (#18) are VACATED and subject to rescheduling at the status hearing.

IT IS RECOMMENDED that Red LV, LLC be DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Clerk of Court is directed to forward information to the following address: Adela Munoz, 3557 Ruth Drive, Las Vegas, Nevada 89121.

**NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues

---

[3] The court may dismiss a party *sua sponte*. *See Wong v. Bell*, 642 F.2d 359, 361–62 (9th Cir. 1981) (citing 5 C. WRIGHT & A. MILLER, FEDERAL PRACTICE AND PROCEDURE § 1357 at 593 (1969)). However, the court must afford the plaintiff "an opportunity to at least submit a written memorandum in opposition." *Crawford v. Bell*, 599 F.2d 890, 893 (9th Cir. 1979) (citing *Potter v. McCall*, 433 F.2d 1087, 1088 (9th Cir. 1970)). This requirement is satisfied by this court's report and recommendation, which automatically affords Olarte fourteen days to object. *See* 28 U.S.C. § 636; Local Rule IB 3-2.

waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist*., 708 F.2d 452, 454 (9th Cir. 1983).

DATED this 25th day of April, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

3