UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | |
|---|---|
| RED LV, LLC, *et al.*, ) | |
| ) | CASE NO.: 2:13-CV-00930-RCJ-VCF |
| Plaintiffs, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| WELLS FARGO HOME MORTGAGE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #24) entered on April 25, 2014, in which the Magistrate Judge recommends that the Court grant Plaintiff's counsel's motion to withdraw (#20) and dismissing Red LV, LLC.  The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #24).

IT IS HEREBY ORDERED that Michael J. Harker's motion to withdraw (#20) is GRANTED.

IT IS FURTHER ORDERED that RED LV, LLC., is DISMISSED WITH PREJUDICE. The Clerk of the Court shall forward this order to Adela Munoz, 3557 Ruth Drive, Las Vegas, NV 89121.

IT IS SO ORDERED this 6th day of June, 2014.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE