Amy F. Sorenson, Esq. (State Bar No. 12495)
Richard C. Gordon, Esq. (State Bar No. 9036)
Catherine M. O'Mara, Esq. (State Bar No. 12462)
**SNELL & WILMER LLP**
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169-5958
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: asorenson@swlaw.com
　　　　rgordon@swlaw.com
　　　　comara@swlaw.com

*Attorneys for Defendants*
*Wells Fargo Home Mortgage and*
*Federal Home Loan Mortgage Corporation*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RED LV, LLC, a Nevada Limited Liability Company and ADELA MUNOZ, an individual,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE, a Corporation, FEDERAL HOME LOAN MORTGAGE CORPORATION, a Corporation and DOES I through X, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:13-cv-00930-RCJ-VCF<br><br>**STIPULATION AND ORDER TO DISMISS ALL CLAIMS WITH PREJUDICE** |

IT IS HEREBY STIPULATED, AGREED and ORDERED, by and between Plaintiff Adela Munoz and Defendants Wells Fargo Home Mortgage and Federal Home Loan Mortgage Corporation, that:

1. All claims and causes of action asserted in the above-captioned matter, and all claims and causes of action based on the facts alleged therein by Plaintiff against Wells Fargo and Federal Home Loan Mortgage Corporation, shall be DISMISSED WITH PREJUDICE;

2. All parties shall bear their own fees and costs; and,

3. The Lis Pendens recorded pertaining to this matter shall be and hereby is expunged and released.

DATED this 4th day of August, 2014.

MCCULLOUGH, PEREZ & ASSOCIATES LTD.

By: /s/Christopher R. McCullough
Christopher R. McCullough, Esq.
601 S. Rancho Drive, Suite A-1
Las Vegas, NV 8910
*Attorney for Plaintiff*
*Adela Munoz*

DATED this 4th day of August, 2014.

SNELL & WILMER L.L.P.

By: /s/Amy F. Sorenson
Amy F. Sorenson, Esq.
Richard C. Gordon, Esq.
Catherine M. O'Mara, Esq.
3883 Howard Hughes Parkway, Suite 110
Las Vegas, Nevada 89169
*Attorneys for Defendants*
*Wells Fargo Home Mortgage and*
*Federal Home Loan Mortgage Corporation*

IT IS SO ORDERED.

Dated this 6th day of August, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE

2